**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS)**

| | |
|---|---|
| JEFF BACKMEYER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, TRANSUNION, LLC, TOYOTA)<br>MOTOR CREDIT CORPORATION )<br>and HUNTINGTON NATIONAL BANK, )<br>)<br>    Defendants. )<br>                                                         ) | Case No. 1:20-CV-01013-TWP-DLP |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), by counsel, consent to an order by the Court that Defendant Equifax's time to answer, move, or otherwise respond to the Complaint in this action be extended through and including July 6, 2020, and that any such responsive pleading by that date shall be deemed timely filed. The additional time will provide the parties with an opportunity to resolve the claims amicably. One previous extension has been requested and granted on May 4, 2020.

DATED: June 2, 2020.

| | |
|---|---|
| */s/ Frank D. Otte*<br>Frank D. Otte, No. 19859-49<br>CLARK,QUINN,MOSES,<br>SCOTT & GRAHN, LLP<br>320 N. Meridian Street, Suite 1100<br>Indianapolis, IN 46204<br>Telephone: (317) 637-1321<br>Fax: (317) 687-2344<br>fotte@clarkquinnlaw.com<br>*Attorney for Plaintiff* | */s/ N. Charles Campbell*<br>N. Charles Campbell<br>Ga. Bar No. 210929<br>*Charles.campbell@equifax.com*<br>Legal Counsel - Litigation<br>Equifax Legal Department<br>1550 Peachtree Street<br>Atlanta, Georgia  30309<br>Ph. 404-885-8066<br>*Attorney for Defendant Equifax Information Services LLC* |

220324857