**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JEFF BACKMEYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC, )<br>TRANSUNION, LLC, )<br>TOYOTA MOTOR CREDIT CORPORATION, )<br>HUNTINGTON NATIONAL BANK, )<br>)<br>Defendants. ) | No. 1:20-cv-01013-TWP-DLP |

## ORDER

The Plaintiff has notified the Court that this matter has settled as to Defendant Trans Union, LLC only (Dkt. 18). It is therefore ordered that all dates and deadlines previously established between these two parties are vacated. Any pending motion is denied as moot. The parties are directed to finalize the agreement to resolve these claims, and to file the appropriate dismissal papers with the Clerk of Court on or before June 29, 2020. Failure to do so will result in dismissal with prejudice pursuant to Fed. R.Civ. P. 41(b).

IT IS SO ORDERED.

Date:  6/2/2020

*Tanya Walton Pratt*
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kelly Lewis Bley
HOLLAND & KNIGHT LLP
kelly.bley@hklaw.com

N. Charles Campbell
EQUIFAX, INC.
charles.campbell@equifax.com

Anthony J. Hornbach
THOMPSON HINE LLP
tony.hornbach@thompsonhine.com

Frank D. Otte
CLARK QUINN MOSES SCOTT & GRAHN LLP
fotte@clarkquinnlaw.com

James Louis Policchio
SCHUCKIT & ASSOCIATES PC
jpolicchio@schuckitlaw.com